## NAPOWSA v. LANGSTON

No. 393P89

Case below: 95 N.C. App. 14

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## N. C. ELECTRIC MEMBERSHIP CORP. v. DUKE POWER CO.

No. 392P89

Case below: 95 N.C. App. 123

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## N. C. PRESS ASSOC., INC. v. SPANGLER

No. 345P89

Case below: 94 N.C. App. 694

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## PARKS CHEVROLET, INC. v. GWYN

No. 439PA89

Case below: 95 N.C. App. 454

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 December 1989.

## QUATE v. CAUDLE

No. 390P89

Case below: 95 N.C. App. 80

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.